FILED
2017 Apr-14  PM 01:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

JYMERIA JACKSON,            )
                           )
    Plaintiff,              )
                           )
vs.                        )
                           )        7:16-cv-01925-LSC
EXPERIAN INFORMATION       )
SOLUTIONS, INC., *et al.*,  )
                           )
    Defendants.             )
                           )

ORDER

The Court has been advised by the parties that a settlement has been reached in this matter and is being finalized. Accordingly, this action is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

**DONE** and **ORDERED** this 14th day of April 2017.



L. Scott Coogler
United States District Judge

186291