IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **JYMERIA JACKSON,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| v. | ]   **Civil Action Number:** |
| | ]   **7:16-cv-1925-LSC** |
| **EXPERIAN INFORMATION** | ] |
| **SOLUTIONS, INC., ET AL.,** | ] |
| | ] |
| **Defendants.** | ] |

## NOTICE OF SETTLEMENT

Plaintiff, Jymeria Jackson ("Plaintiff") hereby notifies the Court that Plaintiff and the remaining defendants, Equifax Information Services LLC ("Equifax") and Hyundai Capital America d/b/a KIA Motors Finance ("KIA") have reached a settlement in principal and are in the process of consummating the terms of the settlement agreements. Plaintiff expects to file a dismissal with prejudice with respect to her claims against Equifax and KIA on or before February 23, 2018.

Respectfully submitted,

**/s/ Micah S. Adkins**
Micah S. Adkins (ASB-8639-I48A)
**THE ADKINS FIRM, P.C.**
7100 Executive Center Drive, Suite 110
Brentwood, TN 37027
Telephone: (615) 370-9659

1

Facsimile: (615) 370-4099
Email: MicahAdkins@ItsYourCreditReport.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2018, I filed the foregoing paper using the CMECF System, which will send electronic notification of the same to the following counsel of record:

Kirkland Reid
JONES WALKER LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602

R Frank Springfield
Ryan Sikes Rummage
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203

Meryl Roper
Kendall Carter
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309

Jonathan M. Marmo
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222

*/s/ Micah S. Adkins*
Micah S. Adkins